# Exhibit B

**to Defendants' Notice of Removal**

Filed Charge of Discrimination

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>436-2016-00390 |
|---|---|---|

South Carolina Human Affairs Commission                              and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Andrea F. James** | Home Phone (Incl. Area Code)<br>**(803) 407-9154** | Date of Birth<br>**07-12-1971** |
|---|---|---|

Street Address                                City, State and ZIP Code
**113 Chadford Circle, Irmo, SC 29063**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**RICHLAND COUNTY RECREATION COMMISSION** | No. Employees, Members<br>**201 - 500** | Phone No. (Include Area Code)<br>**(803) 741-7272** |
|---|---|---|

Street Address                                City, State and ZIP Code
**7473 Parklane Road, Columbia, SC 29223**

RECEIVED
DIRECTOR
FEB 0 8 2016
EEOC
Greenville Local Office
Greenville, SC

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **04-01-2014**    Latest: **01-06-2016**
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I have worked for Respondent since July 2011 and have been promoted to Division Head of Finance (CFO). During my tenure, I have performed my duties satisfactorily. I am an African American female.

Beginning in 2014, I was subjected to sexual comments and advances by Mr. James Brown III (Executive Director). I engaged in protected activity by complaining to Mr. David Stringer (HR Director). Mr. Brown III has retaliated against me by routinely threatening to fire me since that initial complaint. In December 2015, Mr. Brown III moved my department from Ms. Kenya Bryant's supervision to his own. Mr. Brown III threatens to fire me as a result. I once again file a complaint with Mr. David Stringer (HR Director). On January 6, 2015, Mr. Brown III called an unscheduled staff meeting after my complaint to HR. Mr. Brown III states that he has promoted my peer to a newly created Chief of Staff position. Mr. Brown III stated that this new person is a "punisher" and will enjoy punishing me.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4/6/16                Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*
February 4, 2016

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 436-2016-00390 |

**South Carolina Human Affairs Commission** and EEOC
*State or local Agency, if any*

**I feel that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended as it pertains to my Sex (Female) and Retaliation.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| Date            Charging Party Signature | |