UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Andrea Fripp-James, ) | Civil Action No: 3:16-cv-01008-MGL-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **JOINT STIPULATION OF DISMISSAL** |
| Richland County Recreation Commission; and ) | **WITH PREJUDICE** |
| James Brown, III, J. Marie Green, Barbara ) | |
| Mickens and David Stringer, in their individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby jointly stipulate to the dismissal, *with prejudice*, as to all claims and as to all Parties, with each Party to pay its own costs, attorney's fees and expenses.

Dated: August 28, 2017

| | |
|---|---|
| *S/Julius W. Babb, IV* | *s/Richard J. Morgan* |
| J. Lewis Cromer (Fed. ID No. 362) | Richard J. Morgan (Fed. ID No. 1266) |
| Julius W. Babb, IV (Fed. ID No. 10500) | McNair Law Firm, P.A. |
| Cromer Babb, Porter & Hicks, LLC | E-mail:rmorgan@mcnair.net |
| E-mail: jay@cbphlaw.com | Post Office Box 11390 |
| 1418 Laurel Street, Suite A | Columbia, SC  29211 |
| Post Office Box 11675 | Telephone: 803.799.9800 |
| Columbia, SC 29211 | |
| Telephone: 803.799.9530 | |
| | Attorneys for Defendants |
| Attorneys for Plaintiff | |

1607587v1